

```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   SOUTHERN DISTRICT OF CALIFORNIA
 8  UNITED STATES OF AMERICA,      )  Criminal Case No. 08CR0125-DMS
                                   )
 9            Plaintiff,            )  I N F O R M A T I O N
                                   )
10       v.                        )  Title 21, U.S.C., Secs. 952 and
                                   )  960 - Importation of Marijuana
11  LESTER WEEKS, JR.,              )  (Felony)
                                   )
12            Defendant.            )
                                   )
13
14       The United States Attorney charges:
15       On or about December 14, 2007, within the Southern District of
16  California, defendant LESTER WEEKS, JR., did knowingly and
17  intentionally import 50 kilograms or more, to wit: approximately
18  64.15 kilograms (141.13 pounds) of marijuana, a Schedule I Controlled
19  Substance, into the United States from a place outside thereof; in
20  violation of Title 21, United States Code, Sections 952 and 960.
21       DATED: January 15, 2008.
22                                     KAREN P. HEWITT
                                       United States Attorney
23
24                                     JEFFREY D. MOORE
                                       Assistant U.S. Attorney
25
26  JDM:drh:San Diego
27  12/28/07
28
```