```
                        FILED
                   08 APR -4 PM 1:25
                CLERK, U.S. DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA

                BY: _____           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>     Plaintiff, )<br>           )<br>     v.    )<br>           )<br>LESTER JR. WEEKS, )<br>           )<br>     Defendant. )<br>_____ ) | CASE NO. 08CR00125-001-DMS<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for May 2, 2008 is vacated and reset to May 30, 2008 at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 4-3-08

_____
Dana M. Sabraw
U.S. District Judge

cc: all counsel of record

/mwr