KAREN P. HEWITT
United States Attorney
JAMES P. MELENDRES
Assistant U.S. Attorney
California State Bar No. PENDING
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6327 / (619) 235-4716 (Fax)
Email: james.melendres@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0125-DMS |
|---|---|---|
| Plaintiff, | ) | DATE: July 11, 2008 |
|  | ) | TIME: 9:00 a.m. |
| v. | ) |  |
|  | ) | JOINT MOTION TO CONTINUE SENTENCING |
| LESTER WEEKS, JR., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

NOW COMES plaintiff United States of America, by and through its counsel, U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney James P. Melendres, and defendant Lester Weeks, Jr., by and through his counsel, Matthew Lees, and herein jointly request this Court to continue the sentencing hearing currently set for July 11, 2008, at 9:00 a.m to August 11, 2008, at 9:00 a.m. The basis for this request is that the mental competency examination has not yet been completed.

DATED: July 10, 2008.

Respectfully submitted,

Karen P. Hewitt
United States Attorney

s/*James P. Melendres*                               s/ Matthew Lees
JAMES P. MELENDRES                                Matthew Lees, Esq.
Assistant United States Attorney

Attorneys for Plaintiff                                  Attorney for Defendant Lester Weeks, Jr.
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LESTER WEEKS, JR., ) <br> ) <br> Defendant. ) <br> ) | Case No. 08CR0125-DMS <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, James P. Melendres, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Joint Motion to Continue Sentencing** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Matthew Lees, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2008.

s/ *James P. Melendres*
James P. Melendres

2