# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0125-DMS |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **REQUEST FOR CONTINUANCE OF** |
| ) | **SENTENCING HEARING** |
| LESTER WEEKS, JR., ) | |
| Defendant. ) | |

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue sentencing be GRANTED, and that Defendant's sentencing hearing be continued from July 11, 2008, at 9:00 a.m. to August 15, 2008, at 9:00 a.m..

IT IS SO ORDERED.

DATED:  July 10, 2008

_____
HON. DANA M. SABRAW
United States District Judge